**United States District Court**
For the Northern District of California

**\*\*E-filed 10/4/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHARLES E. JEFFERSON,

            Plaintiff,

    v.

NOEL STAFFORD,

            Defendant.

_____/

No. C 10-3082 RS

**ORDER GRANTING MOTION TO SUBSTITUTE DEFENDANT, AND GRANTING MOTION TO DISMISS**

      Plaintiff Charles E. Jefferson, appearing in *pro se*, filed this action in the Small Claims division of Alameda County Superior Court, alleging that he suffered approximately $1800 in damages when his automobile was sideswiped by a vehicle driven by defendant Noel Stafford. Stafford is an employee of the U.S. Postal Service, and the United States Attorney has certified pursuant to 28 U.S.C. § 2679(d) that Stafford was acting within the course and scope of employment at the time of the alleged incident. The United States removed the action to this Court and now moves to substitute itself as the defendant herein. The United States also moves to dismiss, on grounds that Jefferson has not exhausted his administrative remedies by filing a claim with the Postal Service. Jefferson has filed no response to the United States' motion.

      Pursuant to Civil Local Rule 7-1(b), this matter is suitable for disposition without oral argument. Good cause appearing, the motion to substitute the United States as defendant is granted.

**United States District Court**
For the Northern District of California

1    The motion to dismiss is likewise well taken.  Prior to initiating suit against the United States

2  in circumstances like these, a plaintiff must present an administrative claim to the federal agency. 28

3  U.S.C. § 2675(a).  The agency must either finally deny the claim or fail "to make final disposition of

4  a claim within six months after it is filed . . . ."  *Id.*  Because such an administrative claim may be

5  filed up to two years after the incident at issue, see 28 U.S.C. § 2401(b), it appears Jefferson will

6  still be able to file a timely claim with the Postal Service.  Accordingly, good cause appearing, this

7  action is hereby dismissed without prejudice, to permit Jefferson to pursue his administrative

8  remedies.  The Clerk shall close the file.

9

10   IT IS SO ORDERED.

11

12   Dated: 10/4/10

13   _____
     RICHARD SEEBORG
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1
2
3
4

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

5
6

**Charles E. Jefferson**
1825 Linden Street
Oakland, CA 94607

7
8
9

DATED: 10/4/10

10
11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

12
13
14

* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

15
16
17
18
19
20
21
22
23
24
25
26
27
28